

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Travelers Indemnity Company,         * From the 220th District Court
                                            of Comanche County,
                                            Trial Court No. CV03220.

Vs. No. 11-21-00229-CV             * May 25, 2023

Gustine Independent School District,     * Memorandum Opinion by Bailey, C.J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Travelers Indemnity Company.